# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA, )

     Plaintiff, )

     vs. )

CHRISTOPHER CANTON, )

     Defendant. )

2:12-CR-276

ORDER FOR ISSUANCE OF
WRIT OF HABEAS CORPUS
AD PROSEQUENDUM FOR
CHRISTOPHER CANTON

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CHRISTOPHER CANTON,** ID #1699035, before the United States Magistrate Judge at Las Vegas, Nevada, on or about _____ I/A & A/P FRI: 8/10/12  3:00 PM VCF 3D _____, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

**DATED:** July 23, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1 | DANIEL G. BOGDEN
United States Attorney
2 | ANDREW W. DUNCAN
Assistant United States Attorney
3 | 333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
4 | (702) 388-6336

5

# UNITED STATES DISTRICT COURT
6

# DISTRICT OF NEVADA
7
## -oOo-

8

9 | UNITED STATES OF AMERICA,               )          2:12-cr-276
                                         )
10 |              Plaintiff,                 )          PETITION FOR WRIT OF HABEAS
                                         )          CORPUS AD PROSEQUENDUM FOR
11 |        vs.                              )          CHRISTOPHER CANTON
                                         )
12 | CHRISTOPHER CANTON,                    )
                                         )
13 |              Defendant.                 )
     _____)

14       The petition of the United States Attorney for the District of Nevada respectfully

15 shows that **CHRISTOPHER CANTON**, ID #1699035, is committed by due process of law

16 in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said

17 Warden has consented to the temporary release of the said **CHRISTOPHER CANTON**

18 pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **CHRISTOPHER**

19 **CANTON** may be present before the United States Magistrate Judge for the District of

20 Nevada, at Las Vegas, Nevada, on__  I/A & A/P Fri 8/10/12  3:00 PM VCF  3D  __, for Initial Appearance and

21 Arraignment and Plea, and any further proceedings, and from time to time and day to day

22 thereafter until excused by the said Court.

23       That the presence of the said **CHRISTOPHER CANTON** before the United States

24 Magistrate Judge on or about _____  I/A & A/P Fri 8/10/12  3:00 PM VCF  3D  _____, and any further

25 proceedings and from time to time and day to day thereafter until excused by the Court has

26 been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center and to the United States Marshal for the District of Nevada, commanding them to produce the said **CHRISTOPHER CANTON** before the United States District Court on or about _____ I/A & A/P Fri 8/10/12 3:00 PM VCF 3D _____, and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

**DATED:** this 31 st day of July 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ANDREW W. DUNCAN
Assistant United States Attorney

2