# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER CANTON,<br><br>　　　　Defendant. | Case No. 2:12-cr-00276-APG-VCF<br><br>**ORDER GRANTING MOTION TO DEFER RULING**<br><br>(ECF No. 75) |

IT IS ORDERED that defendant Christopher Canton's unopposed motion to defer ruling for 30 days **(ECF No. 75) is GRANTED**. Defendant Christopher Canton shall have until April 28, 2017 to file a supplement to his motion under 28 U.S.C. § 2255 addressing the decision in *Beckles v. United States*, 137 S. Ct. 886 (2017). The United States may file a response ten days after it receives Canton's supplement.

DATED this 13th day of April, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE