UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER CANTON,<br><br>　　　　　　　　　Defendant. | Case No. 2:12-cr-0276-APG-VCF<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>(ECF No. 77) |

　　　Defendant Christopher Canton's motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) **(ECF No. 77) is granted**. I make no judgment whether a hypothetical future filing by Mr. Canton would constitute a successive petition. The clerk of the court is directed to close this file.

　　　Dated: May 4, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE