RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Christopher Canton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER CANTON,<br><br>　　　　Defendant. | Case No. 2:12-cr-276-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jamie Leigh Mickelson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Christopher Canton, that the Revocation Hearing currently scheduled on February 19, 2020 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties are exploring the possibility of a global resolution to Mr. Canton's supervised release violation as well as the underlying new law violation.

2. Defense counsel needs to review additional discovery related to Mr. Canton's arrest in order to properly advise him in this case.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 30th day of January, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jamie L. Mickelson*<br>By_____<br>JAMIE L. MICKELSON<br>Assistant United States Attorney |

|   |                                                      |                                    |
|---|------------------------------------------------------|------------------------------------|
| 1 | **UNITED STATES DISTRICT COURT**                     |                                    |
| 2 | **DISTRICT OF NEVADA**                               |                                    |
| 3 |                                                      |                                    |
| 4 | UNITED STATES OF AMERICA,                            | Case No. 2:12-cr-276-APG-VCF       |
| 5 | Plaintiff,                                           | **ORDER**                          |
| 6 | v.                                                   |                                    |
| 7 | CHRISTOPHER CANTON,                                  |                                    |
| 8 | Defendant.                                           |                                    |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 19, 2020 at 10:00 a.m., be vacated and continued to April 29, 2020 at the hour of 10:00 a.m. in courtroom 6C; or to a time and date convenient to the court.

DATED this 31st day of Janaury, 2020.

_____

UNITED STATES DISTRICT JUDGE