RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Christopher Canton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CHRISTOPHER CANTON,<br><br>           Defendant. | Case No. 2:12-cr-276-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jamie Leigh Mickelson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Christopher Canton, that the Revocation Hearing currently scheduled on April 29, 2020 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. The parties are exploring the possibility of a global resolution to Mr. Canton's supervised release violation as well as the underlying new law violation.

2. In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations,[1] and the District Court's Temporary General Orders,[2] the parties seek to continue the revocation hearing to such a time in the future where the parties and Mr. Canton will be able to appear in person for the revocation hearing.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 9th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jamie L. Mickelson*<br>By_____<br>JAMIE L. MICKELSON<br>Assistant United States Attorney |

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

[2] *See* Temporary General Orders 2020-03 and 2020-05.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER CANTON,<br><br>　　　　Defendant. | Case No. 2:12-cr-276-APG-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 29, 2020 at 10:00 a.m., be vacated and continued to June 22, 2020 at the hour of 9:30 a.m. in courtroom 6C

DATED this 9th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE