RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Christopher Canton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER CANTON,<br><br>Defendant. | Case No. 2:12-cr-276-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jamie Leigh Mickelson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Christopher Canton, that the Revocation Hearing currently scheduled on June 23, 2020 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. The parties have reached a resolution on the pending revocation.

2. Defense counsel needs additional time to gather mitigation and prepare for sentencing.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

5. The parties request a date the week of July 6, 2020, if the Court is available.

This is the sixth request for a continuance of the revocation hearing.

DATED this 17th day of June, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jamie L. Mickelson*<br>By_____<br>JAMIE L. MICKELSON<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER CANTON,<br><br>　　　　Defendant. | Case No. 2:12-cr-276-APG-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 23, 2020 at 9:00 a.m., be vacated and continued to July 7, 2020 at the hour of 9:30 a.m. in Courtroom 6C; or to a time and date convenient to the court.

　　　DATED this 17th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3